Orville MEAUX, Plaintiff–Appellant,

v.

NORTHWEST AIRLINES, INC., a
Delaware corporation; et al.,
Defendants–Appellees.

No. 09–17560.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed July 6, 2011.

Paul J. Steiner, Esquire, Law Offices of
Paul J. Steiner, San Francisco, CA, for
Plaintiff–Appellant.

Lori Ann Bowman, Linda Goldman,
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Los Angeles, CA, Antonio Ruiz,
Weinberg Roger & Rosenfeld, Alameda,
CA, for Defendants–Appellees.

Before: CANBY, O'SCANNLAIN, and
FISHER, Circuit Judges.

MEMORANDUM **

Orville Meaux appeals from the district
court's judgment dismissing his complaint
against Northwest Airlines, Inc. as barred
by the bankruptcy discharge injunction issued in Northwest's bankruptcy proceedings. We have jurisdiction under 28
U.S.C. § 1291, and we affirm.

Meaux does not challenge the district
court's order dismissing his complaint

against Northwest, and thus has abandoned any challenge to the dismissal. *See
Cook v. Schriro*, 538 F.3d 1000, 1014 n. 5
(9th Cir.2008) (issues not raised on appeal
are deemed abandoned).

We do not consider Meaux's contention
that the district court should have treated
his Railway Labor Act claim against
Northwest as an amendment to the complaint in his 2004 action against Northwest, because Meaux did not raise the
argument in the district court and consideration is not "'necessary to prevent a
miscarriage of justice or to preserve the
integrity of the judicial process.'" *Alaska
v. United States*, 201 F.3d 1154, 1163–64
(9th Cir.2000) (citation omitted).

Meaux's request for judicial notice is
granted in part as to Exhibits 1, 2, and 5.
The request is otherwise denied.

**AFFIRMED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.